**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7368**

GERALD D. FULLER,

        Plaintiff – Appellant,

    v.

WARDEN KATHLEEN GREEN,

        Defendant – Appellee,

    and

ATTORNEY GENERAL,

        Party-in-Interest Below.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:11-cv-01751-WMN)

Submitted:  April 30, 2012        Decided:  June 5, 2012

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gerald D. Fuller, Appellant Pro Se.  Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald D. Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fuller v. Green, No. 1:11-cv-01751-WMN (D. Md. Sept. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3